RECEIPT NUMBER
531996·

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TEVYA GRACE URQUHART,**

    Plaintiff,

v

**CITY OF DETROIT DETECTIVE SERGEANT DERRICK ANDERSON, badge no. S-1262; SERGEANT CAROLYN NICHOLS, badge no. S-831; OFFICER TERRENCE SIMS, badge no. 3711; OFFICER PATRICK JONES, badge no. 689; OFFICER ALAN COPELAND, badge no. 534; and OFFICER MAURICE McCLURE,** jointly and severally,

    Defendants.
_____/

JUDGE : Feikens, John
DECK  : S. Division Civil Deck
DATE  : 09/29/2005 @ 12:49:15
CASE NUMBER : 2:05CV73725
CMP TEVYA GRACE URQUHART V. CITY
OF DETROIT, ET AL, SI TAM

MAGISTRATE JUDGE R. STEVEN WHALEN

**THOMAS M. LOEB** (P25913)
Attorney for Plaintiff
32000 Northwestern Hwy, Ste 170
Farmington Hills, MI 48334-1507
(248) 851-2020
_____/

## *COMPLAINT FOR DAMAGES, DECLARATORY RELIEF AND JURY DEMAND*

Plaintiff, by her attorney, Thomas M. Loeb, complains against the above-named Defendants and in support states as follows:

### Preliminary Statement

1. This is an action for declaratory relief and money damages brought by Plaintiff, a citizen and resident of the State of Michigan, against Defendants City of

Law Offices of
**Thomas M. Loeb, Esq.**
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

1

Detroit Detective Sergeant Derrick Anderson, badge no. S-1262; Sergeant Carolyn Nichols, badge no. S-831; Officer Terrence Sims, badge no. 3711; Officer Patrick Jones, badge no. 689; Officer Alan Copeland, badge no. 534; and Officer Maurice McClure for damages arising out of conduct which occurred in 2002 when these Defendants caused Plaintiff to be arrested, maliciously prosecuted, tried, and convicted on false criminal charges without probable cause or even a reasonable suspicion that she had committed a crime.

Plaintiff seeks a declaratory judgment that these officers, by causing her to be prosecuted without legal probable cause did violate her right to be free from an unreasonable arrest or seizure of her person and deprived her of her liberty without due process of law, as guaranteed under the Constitution and laws of the United States.

## Jurisdiction and Venue

2. This court has jurisdiction over these claims pursuant to 28 USC §§ 1331, 1343, 2201 and 2202.

3. Venue is properly laid in this court pursuant to 28 USC §1391(b), as the Defendants reside in and the claims arose in the Eastern District of Michigan.

## Plaintiff and Defendants

4. That at all times relevant to this complaint, the Plaintiff was a resident of the City of Livonia, Wayne County, Michigan. She currently resides in the City of Flint, Genesee County, Michigan.

Law Offices of
Thomas M. Loeb, Esq.
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

5. That at all times relevant to this complaint, Defendants City of Detroit Detective Sergeant Derrick Anderson, badge no. S-1262; Sergeant Carolyn Nichols, badge no. S-831; Officer Terrence Sims, badge no. 3711; Officer Patrick Jones, badge no. 689; Officer Alan Copeland, badge no. 534; and Officer Maurice McClure were acting within the scope of their employment and under color of law as police officers for the City of Detroit.

6. That each Defendant officer is being sued in his or her individual capacity.

7. That the incident complained of in this lawsuit occurred in the City of Detroit, Wayne County, Michigan, with events that began on Thursday March 7, 2002.

## Facts

8. On Thursday March 7, 2002 Plaintiff worked for Sprint PCS at a store located at 19191 Telegraph Road, Detroit, Michigan.

9. On this day at approximately 8:00 a.m., she and two other co-employees were confronted by two male suspects who told them that they had a gun and were there to take money from the store's safe.

10. The two co-employees were forced to lay face down on the floor while Plaintiff was ordered to open the safe.

11. Fearing for her life, she did so.

12. One or both of the male suspects left the scene with, upon information and belief, one or more bags containing money.

13. After the perpetrators left the scene, Plaintiff called the police.

Law Offices of
Thomas M. Loeb, Esq.
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

14. One or more of the above-named Defendant officers arrived and conducted an investigation.

15. At the store, Defendant Sergeant Carolyn Nichols, assigned to the armed robbery unit, interviewed Plaintiff personally.

16. Defendant Nichols testified against Plaintiff in the criminal case.

17. At the preliminary examination held on Friday July 19, 2002, Defendant Nichols stated that she first thought that Plaintiff was a victim, but later became suspicious with Plaintiff's statement because it sounded "the same" as the other two employees' statements.

18. At the preliminary hearing, Defendant Nichols could point to no other circumstance that caused her to suspect that Plaintiff took part in this crime.

19. That one or more of the Defendant officers conspired to and did cause Plaintiff to be charged with the crimes of Larceny By Conversion Over $20,000, contrary to MCL 750.362(2)(a) and Filing A False Police Report Of A Felony, contrary to MCL 750.411a(1)(b).

20. That Plaintiff was convicted after a jury trial in the Wayne County Circuit Court, Judge Daniel P. Ryan presiding, on Thursday October 10, 2002.

21. That Plaintiff was on this day remanded to the Wayne County Jail to await sentencing.

22. On October 30, 2002 Plaintiff was sentenced to a term of imprisonment, which caused her to be sent to the Michigan Department of Corrections and housed at the Scott Women's Correctional Facility.

Law Offices of
Thomas M. Loeb, Esq.
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

23. On Friday December 20, 2002 Plaintiff was re-sentenced to three years probation, with the first five months in jail confinement, with credit for 73 days already served.

24. On Tuesday May 4, 2004 the State of Michigan Court of Appeals reversed and discharged Plaintiff (then a defendant-appellant) from all charges. In its opinion the Court noted that there was simply no evidence beyond speculation that Plaintiff either committed larceny by conversion or filed a false felony report (see *People v. Tevya G. Urquhart,* No. 246001, Decided May 4, 2004 per curiam)(unpublished).

25. On Friday August 20, 2004 Wayne County Circuit Court Judge Daniel P. Ryan vacated the order of conviction and sentence referred to more fully above.

26. On Tuesday November 23, 2004 Wayne County Circuit Court Judge Daniel P. Ryan, in the case of *People v Urquhart*, Wayne County Circuit Court No. 02-009124, issued an order of dismissal with prejudice.

27. A reasonably competent police officer would know that before he or she can charge a citizen with a felony, there must be competent and credible evidence to support it.

28. That as a result of their unlawful, malicious, reckless, and indifferent acts or omissions, the Defendant officers both alone and in concert, conspired to and acted under color of law but contrary to law and did deprive Plaintiff of her rights, privileges, or immunities secured under the Constitution and laws of the United States and 42 USC §1983, including her right to be free from an

Law Offices of
Thomas M. Loeb, Esq.
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

unreasonable seizure of her person, as guaranteed by Amendments IV and XIV of the United States Constitution, by arresting her and prosecuting her without probable cause to believe that she had committed a crime.

29. That as a direct and proximate result of the conduct of Defendants, referred to more fully above, Plaintiff suffers and continues to suffer loss of liberty; incarceration; imprisonment; embarrassment; indignation; anxiety; mental anguish; emotional distress; humiliation; outrage; shame; fear; separation from her only child (a son, who was but 45 days old when Plaintiff was remanded to jail); and denial of constitutional rights.

**THEREFORE**, for all the above reasons, Plaintiff demands judgment against Defendants jointly and severally for whatever amount the jury may determine for compensatory damages. Further, she demands judgments against each Defendant officer individually for punitive demands in whatever amount the jury may determine, plus costs, interest, and actual attorney fees pursuant to 42 USC §1988.

**PLAINTIFF DEMANDS A JURY TRIAL.**

Dated: September 26, 2005              Respectfully submitted,

                                       Thomas M. Loeb (P25913)
                                       Attorney for Plaintiff

Law Offices of
**Thomas M. Loeb, Esq.**
32000 Northwestern Hwy.
Suite 170
Farmington Hills, MI 48334-1507
(248) 851-2020
Fax (248) 851-2525
E-Mail: tmloeb@mich.com

6

| JS 44 11/99 | CIVIL COVER SHEET | COUNTY IN WHICH THIS ACTION AROSE: Wayne |
|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

## I. (a) PLAINTIFFS
Tevya Grace Urquhart

## DEFENDANTS
City of Detroit Detective Sergeant Derrick Anderson; Sergeant Carolyn Nichols; Officer Terrence Sims; Officer Patrick Jones; Officer Alan Copeland, and Officer Maurice McClure

(b) County of Residence of First Listed: Genesee  26049

County of Residence of First Listed: Wayne  26163
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
Thomas M. Loeb (P25913), 32000 Northwestern Hwy, Ste 170, Farmington Hills, Michigan, 48334, (248) 851-2020

Attorneys (If Known)
Feikens/RSW 73725

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item 111)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PLA | DEF |  | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21: 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault Libel And Slander | ☐ 385 Personal Injry - Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of Overpayment and Enforcement of Judgment |  | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 (specify) Transferred from another district
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 USC Section 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   $ DEMAND
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY:
(See instructions):
JUDGE Bernard A. Friedman   DOCKET NUMBER 05-71199

DATE 9/26/05

SIGNATURE OF ATTORNEY OF RECORD
Thomas M. Loeb

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☒ Yes  ☐ No

   If yes, give the following information:

   Court: U.S. District Court - Eastern District of Michigan

   Case No.: 05-71199

   Judge: Bernard A. Friedman

Notes :